IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

SCHAEFFLER GROUP USA, INC.,      )
                                 )
                    Plaintiff,   )
                                 )
    v.                           )    No.  09 C 1430
                                 )
DEWIND, INC.,                    )
                                 )
                    Defendant.   )

                         MEMORANDUM ORDER

    This Court's March 23 memorandum ("Memorandum") followed up on its sua sponte March 10 memorandum opinion and order ("Opinion") that had raised a question whether this action should go forward in this judicial district--a question that plaintiff Schaeffler Group USA, Inc. ("Schaeffler") had then sought to answer by filing its Statement Regarding Venue.  For the reasons stated in the Memorandum, it concluded by deferring definitive action on that question pending the possibility that defendant DeWind, Inc. ("DeWind") might "deliver[ ] some persuasive statement to this Court's chambers on or before March 30, 2009 specifying some justification that might overcome what has been said in the Opinion and in this follow-up opinion."

    Today DeWind's counsel called to advise this Court's minute clerk that no such filing would be made.  Accordingly, as this Court had forecast at the end of the Memorandum, it "dismiss[es] this action without prejudice to its potential reassertion in some location that bears some rational relationship (and not

merely the parties' ipse dixit) to the parties' dispute."

_____
Milton I. Shadur
Senior United States District Judge

Date: March 30, 2009